UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW KEENE FOWERS,

Plaintiff,

v.

PAUL ARTLEY, et al.,

Defendants.

No. 2:20-cv-00947-TLN-DB

**ORDER**

Plaintiff is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims a device was inserted in his body and is being used to torture him. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2020 are ADOPTED IN FULL;

2. The Complaint is DISMISSED without leave to amend;

3. Plaintiff's motion to proceed in forma pauperis (ECF No. 6.) is DENIED as moot; and

3. The Clerk of Court is directed to close the case.

DATED: January 13, 2021

_____
Troy L. Nunley
United States District Judge